Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 6, 2024

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRET ARTHUR LENGYEL,<br><br>Defendant. | NO. CR24-211 JNW<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1
### (Distribution of Controlled Substances)

In or about July 2024, in Snohomish County, within the Western District of Washington, GARRET ARTHUR LENGYEL did knowingly and intentionally distribute a controlled substance, including: methamphetamine and N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C).

Indictment - 1
*United States v. Lengyel*
USAO No. 2024R01109

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Possession of Controlled Substances with Intent to Distribute)

On or about October 23, 2024, in Snohomish County, within the Western District of Washington, GARRET ARTHUR LENGYEL did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N- [1-(2-phenylethyl) -4-piperidinyl] propenamide (fentanyl) and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

## COUNT 3

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about October 23, 2024, in Snohomish County, within the Western District of Washington, GARRET ARTHUR LENGYEL knowingly possessed a firearm, that is: a Glock Model 43X pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

//
//
//
//

Indictment - 2
*United States v. Lengyel*
USAO No. 2024R01109

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

### (Unlawful Possession of Firearms)

On or about October 23, 2024, in Snohomish County, within the Western District of Washington, GARRET ARTHUR LENGYEL, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

a. *Second Degree Robbery* and *First Degree Burglary*, in Snohomish County Superior Court, under case number 98-1-00408-2, on or about January 19, 1998;

b. *Second Degree Burglary*, in Snohomish County Superior Court, under case number 05-01-00788-0, on or about March 3, 2005; and

c. *Trafficking in Stolen Property*, in Snohomish County Superior Court, under case number 07-1-0026-4, on or about May 5, 2006;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is:

Kimber Master Carry Custom, .45 caliber pistol;

Daewoo DH380, .380 caliber pistol;

Smith and Wesson Model 586, .357 Magnum Revolver;

Ruger Mark 4 .22 LR, .22 caliber pistol;

Glock 43X, 9mm pistol;

Smith and Wesson MP 22, .22 caliber pistol; and

Kel-Tec PMR-30, .22 caliber pistol;

that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

//

//

//

Indictment - 3
*United States v. Lengyel*
USAO No. 2024R01109

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of either of the offenses alleged in Counts 1 or 2, GARRET ARTHUR LENGYEL shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of either of the offenses alleged in Counts 3 or 4, GARRET ARTHUR LENGYEL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

//

//

//

Indictment - 4
*United States v. Lengyel*
USAO No. 2024R01109

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided

        without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *Yes*

DATED: 11/6/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

MICHAEL F. HARDER
Assistant United States Attorney

Indictment - 5
*United States v. Lengyel*
USAO No. 2024R01109

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970